## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ANGELINA MONICA SILVA,**

      **Plaintiff,**

**vs.**           Civil No.      **15-603 SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

### ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support [Doc. 26], filed on November 23, 2016. **The parties having stipulated to EAJA fees in the amount of $5,000.00 for work performed in 2015 and 2016.** The Court being otherwise fully advised in the premises, FINDS that the motion is well-taken and will be **GRANTED IN PART**.

IT IS THEREFORE ORDERED THAT the motion is **GRANTED IN PART**, and **Plaintiff is awarded $5,000.00 in attorney fees** pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See <u>Astrue v. Ratliff</u>, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. See 28 U.S.C. § 2412(c)(1) (2006).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to <u>Weakley v. Bowen</u>, 803 F.2d 575, 580 (10th Cir. 1986). IT IS SO ORDERED.

December  6th  , 2016

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted By:
*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 12/6/16
Brian C. Baak
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Ste. 4169, Denver, CO 80294
(303) 844-7356 | brian.baak@ssa.gov